IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLARK S. BROWN & SONS, INC., <br> a North Carolina corporation, <br><br> Plaintiff, <br> vs. <br><br><br> ROSEWOOD CLASSIC COACH, INC., <br> an Arkansas corporation, and <br> RICHARD J. NEAL, individually, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 4:18-cv-00240-SWW |

## ORDER

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the plaintiff, Clark S. Brown & Sons, Inc. dismisses with prejudice this matter against all defendants. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

IT IS SO ORDERED this 2nd day of January 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE